**FILED**
FEB 20 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**01C 9678**

HON. REPRESENTATIVE SYLVESTER HENDRICKS,
PLAINTIFF,

*Plaintiff Demands Trial By Jury*

VS.

**JUDGE ZAGEL** Designated
MAGISTRATE JUDGE MASON

**CHICAGO BOARD OF EDUCATION AND OR THEIR AGENT'S** eg:
**CHICAGO SCHOOL REFORM BOARD OF TRUSTEES MEMBERS,**
PAUL REVERE ELEMENTARY SCHOOL (LOCAL SCHOOL COUNCILS),
DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON,
DR. RUDOLPH ANDERSON and MR. SHELBY TAYLOR, a body politic and
corporate, in their official and individual capacities, AND OR THEIR AGENTS, et al.
City of Chicago, County of Cook and State of Illinois
DEFENDANT.

**DOCKETED**
FEB 25 2003

## *AMENDED / ADDENDUM*
### CIVIL RIGHTS COMPLAINT
### (COLLATERAL CONSPIRACY)

*Now comes* Plaintiff, the HONORABLE L.S.C. REPRESENTATIVE SYLVESTER
HENDRICKS, by and though PRO-SE, complain that Defendants, **CHICAGO BOARD OF
EDUCATION / CHICAGO SCHOOL REFORM BOARD OF TRUSTEES MEMBERS
AND OR THEIR AGENT'S,** eg: **DR. RICHARD STEVENS, MR. PAUL VALLAS, MR.
DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR.SHELBY TAYLOR, / PAUL
REVERE ELEMENTARY SCHOOL, LOCAL SCHOOL COUNCILS**
a body politic and corporate, in their official and individual capacities, City of Chicago,
County of Cook and State of Illinois, THAT STARTING IN **SEPT1992** AND **CONTINUALLY
2002, THE CHICAGO BOARD OF EDUCATION AND OR THEIR AGENT'S,** eg:
SUPERINTENDENT, DISTRICT SUPERINTENDENT, THE BOARD PRESIDENT,
CHIEF EXECUTIVE OFFICER, REGIONAL EXECUTIVE OFFICER,
**PAUL REVERE ELEMENTARY & HIRSCH METROPOLITAN HIGH LOCAL
SCHOOL COUNCIL'S** REPRESENTATIVES & PRINCIPAL'S, AND OR THEIR AGENT'S,
eg: TEACHER'S, PARENT'S, THE CHICAGO POLICE DEPARTMENT AND THE COOK
COUNTY COURT SYSTEM. HAVING EITHER KNOWING OR UNKNOWING
VIOLATING FEDERAL, STATE AND LOCAL LAWS, IN VIOLATING THE CIVIL RIGHT'S
AND STATUTORY DUTIES. WITH LIBELOUS ASSERTIONS AND SLANDER. THESE
REMARKS HAVING RESULTED IN ACTIONS WHICH HAVE PROHIBITED AND OR
ABRIDGED *MOST* ALL OF THE FOLLOWING, CONSTITUTIONAL RIGHTS AND STATE
LAWS WHICH PLACED THE **LIFE, HEALTH AND SAFETY** OF THE CHILDREN AND
THEIR SENIOR **ELECTED** (1991- 2000) Local School Council **COMMUNITY
REPRESENTATIVE, the HONORABLE SYLVESTER HENDRICKS, in JEOPARDY.**

27



**BA.** From, (1991-2003) *all* times relevant hereto, the defendant, **Chicago Board of Education / CHICAGO SCHOOL REFORM BOARD OF TRUSTEES MEMBERS**, Pursuant to (105 ILCS 5/34-1) serving as the governing board of the school district , *with final policy-making authority*, were / a body politic and corporate, charged with the operation and administration of the **CHICAGO PUBLIC SCHOOLS, DISTRICT 299**, in *the city of Chicago, the County of Cook, the State of Illinois* and *the United States of America*, was fully apprise, aware and informed by the **HONORABLE REP. SYLVESTER HENDRICKS and THEIR AGENT'S,** eg:
PAUL REVERE ELEMENTARY SCHOOL **(LOCAL SCHOOL COUNCILS)**, DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON and MR. SHELBY TAYLOR, that several Board "policy" and practice were constitutional violation, civil rights violation and violation of state statutes, causing constitutional injury and causing the following deprivation:
*First Amendment and Ninth Amendment,*
(**COUNT ONE**) Sec. 241. Conspiracy against Rights, (**COUNT TWO**) Sec. 242. Deprivation of Rights under Color of Law, (**COUNT THREE**) Article 5. Public Accommodations, (**COUNT FOUR**) Article 6. Additional Civil Rights Violations, (**COUNT FIVE**) INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, (**COUNT SIX**) DEFAMATION, (**COUNT EIGHT**) WHISTLE-BLOWER PROTECTION and (**COUNT NINE**) VOLUNTEER PROTECTION.

The Defendant, **Chicago Board of Education / CHICAGO SCHOOL REFORM BOARD OF TRUSTEES** knowingly, recklessly / with deliberate indifference and callous disregard for the **HON. REP. SYLVESTER HENDRICKS,** rights did failed to control, discipline, instruct and or supervise, **PAUL REVERE** *LOCAL SCHOOL* COUNCIL, **DR.RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, relative to their refraining from unlawfully and maliciously harassing, having arrest, maliciously prosecution and many other forms of retaliation against the **HONORABLE REP. SYLVESTER HENDRICKS,** *First Amendment of free speech and association.*

THEREFORE, the Plaintiff, the **HONORABLE REPRESENTATIVE SYLVESTER HENDRICKS**, as the past SENIOR <u>ELECTED</u> Local School Council, **COMMUNITY REPRESENTATIVE**, of the **PAUL REVERE ELEMENTARY SCHOOL**, 1010 EAST 72nd STREET, *<u>the city of Chicago</u>*, *<u>the County of Cook</u>*, *<u>in the State of Illinois</u>* and *<u>the United States of America</u>*, asks that this *<u>HONORABLE COURT</u>*, *<u>Grant</u> With Prejudice* the following relief to the plaintiff:

(INJUNCTIVE RELIEF)

(a) Direct/Order *With Prejudice* the Defendant, **Chicago Board of Education, CHICAGO SCHOOL REFORM BOARD OF TRUSTEES, PAUL REVERE LOCAL SCHOOL COUNCIL, DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, a body politic and corporate, in their official and individual capacities, and or **THEIR AGENTS**, et al. **DEFENDANT**, to promote, the Plaintiff, **HONORABLE REPRESENTATIVE SYLVESTER HENDRICKS, PAST SR. <u>ELECTED</u> L.S.C. COMMUNITY REPRESENTATIVE, PAUL REVERE ELEMENTARY SCHOOL**, 1010 EAST 72nd STREET, 1991-1993, 1993-1996, 1996-1998 & 1998-2000, **PLAINTIFF**, *First Amendment Rights, <u>freedom of speech, the right of peaceably assemble, and to petition for a redress of grievances</u>, under the Constitution of the United States of America and His <u>Statutory</u> Duties: (105 ILCS 5/34-2.3) Sec. 34-2.3 Local School Councils, Powers and Duties under the State of Illinois.*

(b) Direct/Order *With Prejudice* the Defendant, **Chicago Board of Education, CHICAGO SCHOOL REFORM BOARD OF TRUSTEES / PAUL REVERE LOCAL SCHOOL COUNCIL, DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, a body politic and corporate, in their official and individual capacities, and or thier AGENTS, et al. DEFENDANT, to in person and in public, deliver a verbal and written apology, to the Plaintiff, **the HON. REP. SYLVESTER HENDRICKS, PAST SR. ELECTED L.S.C. COMMUNITY REPRESENTATIVE**, of the **PAUL REVERE ELEMENTARY SCHOOL**, 1010 EAST 72nd STREET, 1991-1993, 1993-1996, 1996-1998 & 1998-2000, and to publish same in <u>All</u> of the City of Chicago *<u>Daily Newspapers</u>*, **<u>All</u>** the Chicago Board of Education Publications /Announcements and *All Announcements /Publications* serving the **PAUL REVERE ELEMENTARY SCHOOL** and it's *<u>Community</u>*.

## (COMPENSATORY DAMAGES)

(a) Direct/Order *With Prejudice* the Defendant **Chicago Board of Education, CHICAGO SCHOOL REFORM BOARD OF TRUSTEES, PAUL REVERE** LOCAL SCHOOL COUNCIL, **DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, a body politic and corporate, in their official and individual capacities, and or their **AGENT'S** et al. DEFENDANT, To make satisfactory payment / reparation of *$100.00 per. day* to, **the HONORABLE REP. SYLVESTER HENDRICKS, PAST SR. ELECTED L.S.C. COMMUNITY REPRESENTATIVE, of PAUL REVERE ELEMENTARY SCHOOL**, 1010 EAST 72nd STREET, **1991-1993, 1993-1996, 1996-1998 & 1998-2000**; Recompense / reimburse: **the HON. REPRESENTATIVE SYLVESTER HENDRICKS, PAST SR. ELECTED L.S.C. COMMUNITY REPRESENTATIVE, of PAUL REVERE ELEMENTARY SCHOOL,** 1010 EAST 72nd STREET, **1991-1993, 1993-1996, 1996-1998 & 1998-2000,** *$100.00 per. day compensation for the time he,* **the HONORABLE REP.SYLVESTER HENDRICKS**, *while severing in his Statuary Office as an, Elected Official*; while *in the Judicial System, Confinement, Imprisonment, Incarceration, House Assest and or Lock up's,* of the Chicago Police Dept, Cook County Sheriff Dept.and the Cook County Court System.

## (PUNITIVE DAMAGES)

(a) Direct/Order *With Prejudice* the Defendant, **CHICAGO SCHOOL REFORM BOARD OF TRUSTEES MEMBERS, PAUL REVERE LOCAL SCHOOL COUNCIL, DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, a body politic and corporate, in their individual capacities, and or their **AGENT'S** et al. DEFENDANT, to award **the HON. REPRESENTATIVE SYLVESTER HENDRICKS, PAST SR. ELECTED L.S.C. COMMUNITY REPRESENTATIVE, of PAUL REVERE ELEMENTARY SCHOOL**, 1010 EAST 72nd STREET, 1991-1993, 1993-1996, 1996-1998 & 1998-2000, **for emotional pain, suffering, inconvenience, mental anguish, wrongful persecutions and loss of enjoyment of life:**

(1) Direct/Order *With Prejudice* the Defendant, **MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, to pay $100,000.00 for *each* (**Count**) and **Year**, of there contracts sever while severing with **the HON. REPRESENTATIVE SYLVESTER HENDRICKS**, at **PAUL REVERE ELEMENTARY SCHOOL**, 1010 EAST 72nd STREET, 1991-1993, 1993-1996, 1996-1998 & 1998-2000, for emotional pain, suffering, inconvenience, mental anguish, wrongful persecutions and loss of enjoyment of life:

(2) Direct/Order *With Prejudice* the Defendant, **CHICAGO SCHOOL REFORM BOARD OF TRUSTEES MEMBERS, DR. RICHARD STEVENS** and **MR. PAUL VALLAS**, to pay $200,000.00 for each count and year, of there contracts sever while severing with / by, the PLAINTIFF, **HON. REPRESENTATIVE SYLVESTER HENDRICKS, ELECTED L.S.C. COMMUNITY REPRESENTATIVE, PAUL REVERE ELEMENTARY SCHOOL 1991-1993, 1993-1996, 1996-1998 & 1998-2000 and HIRSCH METROPOLITAN HIGH SCHOOL 1996-1998**, City of Chicago, Cook of Cook State of Illinois and the United States of America, for years severed, **for emotional pain, suffering, inconvenience, mental anguish, wrongful persecutions and loss of enjoyment of life:**

## (OTHER RELIEF)

(a) Direct/Order *With Prejudice* the Defendant, **CHICAGO SCHOOL REFORM BOARD OF TRUSTEES MEMBERS, PAUL REVERE** LOCAL SCHOOL COUNCIL, **DR. RICHARD STEVENS, MR. PAUL VALLAS, MR. DEAN GUSTAFSON, DR. RUDOLPH ANDERSON** and **MR. SHELBY TAYLOR**, a body politic and corporate, in their individual capacities, AND OR THEIR AGENT'S et al. DEFENDANT, to award the **HONORABLE REP. SYLVESTER HENDRICKS, PAST SR. ELECTED L.S.C. COMMUNITY REPRESENTATIVE, of PAUL REVERE ELEMENTARY SCHOOL,** 1010 EAST 72nd STREET, **1991-1993, 1993-1996, 1996-1998 & 1998-2000**, Cost including reasonable attorney / par legal fees, expert witness fees and grant such other relief of **$20,000,000.00** or as the Jury / Court may fine appropriate.

(b) Direct/Order *With Prejudice,* the Cook County Clerk and the Cook County Sheriff, to expunge any and all *Arrest, Confinement, Detainment, House Assest, Imprisonment, Incarceration, and Lock up's Records,* of the Chicago Police Dept. (IR. 119162), Cook County Sheriff Dept.(# 014660993 and other) and the Cook County Court System, of the Honorable **SYLVESTER HENDRICKS, 7218-20 SO. DOBSON AVE., 9212 SO. LAFLIN AVE.,** in the city of **CHICAGO, ILLINOIS,** or any other address.

**WHEREFORE:**
PLAINTIFF *the* **HONORABLE SYLVESTER HENDRICKS,** Prays that his **COMPLAINT** and **Directs / Orders** be **GRANTED** *With Prejudice, For this he shall forever* PRAY.

*[signature]*
HONORABLE SYLVESTER HENDRICKS

**PRO SE 298**
**HON. REP. SYLVESTER HENDRICKS**
**POST OFFICE BOX      28-9292**
**CHICAGO, ILLINOIS 60628-9292**
**PHONE NUMBER   312-685-9292**
**FAX NUMBER        773-238-4553**